UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEE, | 1:12-cv-00779-GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | OR PAY FILING FEE WITHIN 45 DAYS |
| ALLEN, et al., | |
| Defendants. | |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). Plaintiff filed the Complaint commencing this action on January 4, 2012, in the United States District Court for the Northern District of West Virginia. (Doc. 1.) The case was subsequently transferred to the United States District Court for the Eastern District of California. (Doc. 7.)

On January 9, 2012, Plaintiff filed a motion to waive the filing fee for this action. (Doc. 5.) However, Plaintiff has not filed an Application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on the proper form with proper documentation.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the form for Application to proceed in forma pauperis;

///

1

1   2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the
2 attached Application to proceed in forma pauperis, completed and signed, or in the alternative, pay
3 the $350.00 filing fee for this action;
4   3. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified
5 copy of his prison trust account statement for the six-month period immediately preceding the filing
6 of the Complaint; and
7   4.   Failure to comply with this order may result in the dismissal of this action.
8   IT IS SO ORDERED.
9   Dated:   **May 17, 2012**               /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE